■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVEN B. REYNOLDS, Appellant.— Motion by appellant *pro se* to relieve assigned counsel and for leave to perfect his appeal *pro se*, on appeal from order of the Supreme Court, Kings County, entered April 11, 1966, granted. Appellant's time to perfect his appeal is further enlarged to the January 1967 Term; appeal ordered on the calendar for said term. Motion for a free copy of transcript of the stenographic minutes of the trial and other transcripts and documents denied on the ground that this being an appeal from an order

denying, without a hearing, his *coram nobis* application, the documents requested are not part of the record on appeal. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.